for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

L. A. Sherwin, *pro se*, for appellant. Arthur E. Nelson and Sidney N. Ware, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Lem Kline, plaintiff in error, v. H. C. Bay Company, defendant in error. Gen. No. 28,756.**

Bill for accounting on contract for sale upon commission of piano players. Bill dismissed. Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Charles H. Darling, for plaintiff in error; Clarence J. Silber, of counsel. David K. Tone, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**John Schwass, appellee, v. Hunding Dairy Company, appellant. Gen. No. 28,768.**

Action for damages to automobile from collision with motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Homer Barney, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with finding of fact. Opinion filed March 11, 1924.

Elmer J. Schnackenberg, for appellant. Hill, Melaniphy & Pedderson, for appellee; Frank C. Hill, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Fred Graff, appellee, v. James C. Davis, agent et al., appellant. Gen. No. 28,791.**

Suit under Federal Employers' Liability Act for injuries to plaintiff, a railroad employee. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

Loesch, Scofield, Loesch & Richards, for appellant. W. W. McCallum, for appellee; John A. Bloomingston, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Union Bank of Chicago, appellee, v. Richard A. Koch, appellant. Gen. No. 28,808.**

In dispute as to ownership of United States certificates of indebtedness, deposited by plaintiff bank for collection with Federal Reserve Bank, claim brought on alleged promise of defendant depositor to reimburse it on condition it would defend, in interpleader suit by Federal Bank, in its own name. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of facts. Opinion filed March 11, 1924.

John A. Brown, for appellant. McCormick, Kirkland, Patterson & Fleming, for appellee; Jay Stough, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

---

**John Maischaider et al., appellees, v. August Torpe and Louis Torpe, appellants. Gen. No. 28,818.**
Bill for accounting against trusted agents in real estate transaction, alleging secret profit. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1923. *Certiorari* denied by Supreme Court (making opinion final).
J. M. Camelon, for appellants. Timothy F. Mullen, for appellees.
Mr. Justice Barnes delivered the opinion of the court.

---

**Louise Olson, appellee, v. Chicago Mutual Life Company, appellant. Gen. No. 28,840.**
Order granting nonsuit after trial without jury. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.
Robert W. Dunn, for appellant; Alvah P. Cady, of counsel. Stebbins, Garey, L'Amoreaux & Hurtubise, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

---

**Charlotte M. Weightman, appellee, v. Morris Goldman, appellant. Gen. No. 28,705.**
Action to recover for services in procuring tenant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.
Julius B. Rubenstein, for appellant. William T. Dickerman, for appellee.
Mr. Justice Fitch delivered the opinion of the court.

---

**Fred Thoma, defendant in error, v. Fred W. Gehrer, plaintiff in error. Gen. No. 28,715.**
Attachment suit. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.
Adams, Follansbee, Hawley & Shorey, for plaintiff in error; Samuel Adams, Melvin M. Hawley and Howard H. Wikoff, of counsel. Novak & Novak, for defendant in error.
Mr. Justice Fitch delivered the opinion of the court.

---

**N. G. Reuter, appellant, v. S. A. Marks, appellee. Gen. No. 28,729.**
Claim for sums collected under agreement to pay to plaintiff one-half of receipts from accounts and bills receivable in connection